U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 2 3 2015
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  5: 15-CV-37 |
| ) | |
| DAWN C. MONGEON, ) | |
| ) | |
| Defendant. ) | |

## CONSENT JUDGMENT ORDER

This matter coming before the court on the application of the United States, by agreement and stipulation of the parties, and the court finding that it has jurisdiction over the subject matter and the parties, and that the allegations as set forth and the application for entry of consent judgment are well taken;

IT IS ORDERED that judgment is entered in favor of the Plaintiff, United States of America, and against the defendant, DAWN C. MONGEON, in the amount of $15,254.32, with interest accruing until the date of this order at the prejudgment interest rate and thereafter at the legal post-judgment interest rate pursuant to the Stipulation for Entry of Consent Judgment filed by the parties.

ENTER:

_____
Hon. Thomas J. McAvoy, SUSDJ

Dated: 1/15/15